```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                       HOT SPRINGS DIVISION
```

CHARLES HILL                                                PLAINTIFF

    V.                    Civil No. 14-6096

LT. PERKINS; SGT. WILLIAMS;
CPL. SADDLEWHITE; and
MELVIN BRADFORD                                             DEFENDANTS

## O R D E R

On this 18th day of February 2015, there comes on for consideration the report and recommendation filed in this case on January 15, 2015, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 10). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint (doc. 2) is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

```
                         /s/ Robert T. Dawson
                         Honorable Robert T. Dawson
                         United States District Judge
```